UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RACHEL PHILLIPS<br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | Case No. 2:20-cv-05532-AS<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING JOINT STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT PURSUANT TO 28 U.S.C. § 2412(d).** |

### [PROPOSED] ORDER

Based upon the Joint Stipulation For the Award and Payment of Equal Access to Justice Act (EAJA) Fees, Costs, and Expenses, **IT IS ORDERED** that fees in the amount of $8,500.00 as authorized by 28 U.S.C. §§ 2412, 1920, be awarded subject to the terms of the Joint Stipulation.

**IT IS SO ORDERED.**

Dated: April 20, 2022              / s / Sagar
                           THE HONORABLE ALKA SAGAR
                           UNITED STATES MAGISTRATE JUDGE

-1-